IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MARK REYES,

        Plaintiff,

v.                                                  No. CIV 07-1213 BB/LFG

GEORGE TAPIA, LEONARD MANZANARES
CANDIS STODDARD, JONI BROWN,
AARON BELL, GERALD ORTIZ, DENIS MARES,
LEON MARTINEZ, CHARLES LINDSEY,
JOSEPH PACHECO, and JOHNNY ARIAS,

        Defendants.

### ORDER ADOPTING MAGISTRATE JUDGE'S ANALYSIS
### AND RECOMMENDED DISPOSITION
### AND DISMISSING ACTION WITHOUT PREJUDICE

THIS MATTER is before the Court on the Magistrate Judge's Analysis and Recommended Disposition, filed May 5, 2009 [Doc. 56]. Plaintiff Mark Reyes ("Reyes") did not file objections,[1] and the deadline for filing objections has passed. The Court accepts the analysis and recommendation of dismissal and concludes that summary judgment in favor of Defendants should be granted and that the amended complaint, and all pleadings made part of that complaint, are dismissed, without prejudice, for failure to exhaust administrative remedies.

IT IS HEREBY ORDERED that the Analysis and Recommended Disposition of the United States Magistrate Judge are adopted by the Court.

---

[1] The Court does not construe Reyes' letter to the Court, dated May 13, 2009 [Doc. 57], as setting forth objections to the Magistrate Judge's Analysis and Recommendation.

IT IS FURTHER ORDERED that Reyes' amended complaint and all pleadings made part of that complaint are DISMISSED, without prejudice, for failure to exhaust administrative remedies, and that this action is DISMISSED.

_____
UNITED STATES DISTRICT JUDGE